IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHASE CARMEN HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-1146-WKW |
| | ) [WO] |
| JIM L. RIDLING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is Plaintiff Chase Carmen Hunter's notice and motion for leave to use original record. (Doc. # 13.) Pursuant to Federal Rule of Appellate Procedure 24(c), "[a] party allowed to proceed on appeal *in forma pauperis* may request that the appeal be heard on the original record without reproducing any part." Fed. R. App. P. 24(c). Ms. Hunter's motion for leave to appeal *in forma paurperis* has been denied by court order. (Doc. # 20.) Accordingly, it is ORDERED that Ms. Hunter's notice and motion for leave to use original record is DENIED.

DONE this 30th day of March, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE